No. 23-15049

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

THERESA SWEET, et al.,

*Plaintiffs-Appellees*,

&

EVERGLADES COLLEGE, INC.,

*Intervenor-Appellant*,

v.

MIGUEL CARDONA, et al.,

*Defendants-Appellees*.

On Appeal from the United States District Court
for the Northern District of California
No. 3:19-cv-3674 | Hon. William H. Alsup

## INTERVENOR-APPELLANT'S UNOPPOSED MOTION
## TO CONSOLIDATE APPEALS

Jesse Panuccio
Jason Hilborn
BOIES SCHILLER FLEXNER LLP
401 East Las Olas Boulevard
Suite 1200
Fort Lauderdale, FL 33301
(954) 356-0011
jpanuccio@bsfllp.com

*Counsel for Intervenor-Appellant
Everglades College, Inc.*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1, Intervenor-Appellant Everglades College, Inc., states that it is not a publicly traded corporation, that it does not have a parent corporation, and that no publicly traded company owns 10% or more of its stock.

Pursuant to Federal Rule of Appellate Procedure 27 and Circuit Rule 27-1, Intervenor-Appellant Everglades College, Inc. ("ECI") moves to consolidate three related appeals pending before this Court: *Sweet v. Everglades College, Inc.*, No. 23-15049; *Sweet v. Lincoln Educational Services Corp.*, No. 23-15050; and *Sweet v. American National University*, No. 23-15051. These appeals arise from a single final judgment in a class action filed under the Administrative Procedure Act. *See Sweet v. Cardona*, No. 3:19-cv-03674-WHA (N.D. Cal.). Each appellant is a similarly situated school that intervened in the district court proceedings to object to settlement of this class action. After the district court approved the settlement over the schools' objections, *see id.*, Doc. No. 344, and entered final judgment, *see id.*, Doc. No. 346, each appellant timely appealed and jointly moved the district court to stay the judgment pending appeal. That motion is pending.

Appellants intend to raise overlapping issues on appeal and, with leave of the Court, to file joint briefing. Consolidating these appeals would therefore serve the interest of judicial economy, streamline the briefing and oral argument, and ensure consistent outcomes in all three appeals. Plaintiffs-Appellees and Defendants-Appellees do not oppose consolidation. Simultaneous with this motion, Intervenor-Appellants Lincoln Educational Services, Corp. and American National University have also moved in their respective appeals to consolidate all three appeals. ECI therefore respectfully requests that this Court consolidate all three appeals.

Respectfully submitted.

Dated: January 30, 2023      */s/ Jesse Panuccio*

Jesse Panuccio
Jason Hilborn
BOIES SCHILLER FLEXNER LLP
401 East Las Olas Boulevard
Suite 1200
Fort Lauderdale, FL 33301
(954) 356-0011
jpanuccio@bsfllp.com

*Counsel for Intervenor-Appellant Everglades College, Inc.*

**CERTIFICATE OF COMPLIANCE**

The motion complies with the word limit of Rule 27(d)(2)(A) of the Federal Rules of Appellate Procedure, as it contains 229 words, excluding the portions exempted by Rule 32(f).

The motion also complies with the typeface requirements of Rule 32(a)(5)(A) and the type-style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point, Times New Roman font.

Dated: January 30, 2023  By: */s/ Jesse Panuccio*

Jesse Panuccio
Jason Hilborn
BOIES SCHILLER FLEXNER LLP
401 East Las Olas Boulevard
Suite 1200
Fort Lauderdale, FL  33301
(954) 356-0011
jpanuccio@bsfllp.com

*Counsel for Intervenor-Appellant Everglades College, Inc.*

## CERTIFICATE OF SERVICE

I certify that on January 30, 2023, the foregoing motion was electronically filed with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit through the appellate CM/ECF system, which will send a notification of such filing to all counsel of record.

Dated: January 30, 2023　　　　　　　　　By: /s/ *Jesse Panuccio*

　　　　　　　　　　　　　　　　　　　　Jesse Panuccio
　　　　　　　　　　　　　　　　　　　　Jason Hilborn
　　　　　　　　　　　　　　　　　　　　BOIES SCHILLER FLEXNER LLP
　　　　　　　　　　　　　　　　　　　　401 East Las Olas Boulevard
　　　　　　　　　　　　　　　　　　　　Suite 1200
　　　　　　　　　　　　　　　　　　　　Fort Lauderdale, FL  33301
　　　　　　　　　　　　　　　　　　　　(954) 356-0011
　　　　　　　　　　　　　　　　　　　　jpanuccio@bsfllp.com

*Counsel for Intervenor-Appellant Everglades College, Inc.*