UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 23 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| THERESA SWEET; et al., | No. 23-15049 |
| Plaintiffs-Appellees, | D.C. No. 3:19-cv-03674-WHA<br>Northern District of California,<br>San Francisco |
| EVERGLADES COLLEGE, INC., | |
| Intervenor-Appellant, | ORDER |
| v. | |
| MIGUEL A. CARDONA, Secretary of the United States Department of Education; U.S. DEPARTMENT OF EDUCATION, | |
| Defendants-Appellees, | |
| _____ | |
| LINCOLN EDUCATIONAL SERVICES CORPORATION; et al., | |
| Intervenors. | |

| | |
|---|---|
| THERESA SWEET; et al., | No. 23-15050 |
| Plaintiffs-Appellees, | D.C. No. 3:19-cv-03674-WHA |
| v. | |
| LINCOLN EDUCATIONAL SERVICES CORPORATION, | |
| Intervenor-Appellant, | |
| v. | |

GS 02/13/2023/Pro Mo

MIGUEL A. CARDONA, Secretary of the United States Department of Education; U.S. DEPARTMENT OF EDUCATION,

        Defendants-Appellees,

------------------------------

EVERGLADES COLLEGE, INC.; et al.,

        Intervenors.

---

THERESA SWEET; et al.,

        Plaintiffs-Appellees,

v.

AMERICAN NATIONAL UNIVERSITY,

        Intervenor-Appellant,

v.

MIGUEL A. CARDONA, Secretary of the United States Department of Education; U.S. DEPARTMENT OF EDUCATION,

        Defendants-Appellees,

------------------------------

EVERGLADES COLLEGE, INC.; et al.,

        Intervenors.

No.   23-15051

D.C. No. 3:19-cv-03674-WHA

The unopposed motions (Docket Entry No. 9 in No. 23-15049; Docket Entry No. 13 in No. 23-15050; and Docket Entry No. 5 in No. 23-15051) to consolidate is granted. Nos. 23-15049, 23-15050, and 23-15051 are consolidated.

The consolidated opening brief is due April 24, 2023. The consolidated answering briefs are due May 24, 2023. The optional consolidated reply brief is due within 21 days after service of the last-served answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Grace Santos
Deputy Clerk
Ninth Circuit Rule 27-7