(ORDER LIST: 598 U.S.)

THURSDAY, APRIL 13, 2023

ORDER IN PENDING CASE

22A867      EVERGLADES COLLEGE, INC., ET AL. V. CARDONA, SEC. OF ED., ET AL.

The application for stay presented to Justice Kagan and by her referred to the Court is denied.