UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 21 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| THERESA SWEET; et al., | No. 23-15049 |
| Plaintiffs - Appellees, | |
| EVERGLADES COLLEGE, INC., | D.C. No. 3:19-cv-03674-WHA U.S. District Court for Northern California, San Francisco |
| Intervenor - Appellant, | **ORDER** |
| v. | |
| MIGUEL A. CARDONA, Secretary of the United States Department of Education and U.S. DEPARTMENT OF EDUCATION, | |
| Defendants - Appellees, | |
| ------------------------------ | |
| LINCOLN EDUCATIONAL SERVICES CORPORATION; et al., | |
| Intervenors. | |
| THERESA SWEET; et al., | No. 23-15050 |
| Plaintiffs - Appellees, | D.C. No. 3:19-cv-03674-WHA U.S. District Court for Northern California, San Francisco |
| v. | |

LINCOLN EDUCATIONAL SERVICES CORPORATION,

  Intervenor - Appellant,

 v.

MIGUEL A. CARDONA, Secretary of the United States Department of Education; U.S. DEPARTMENT OF EDUCATION,

  Defendants - Appellees,

------------------------------

EVERGLADES COLLEGE, INC.; et al.,

  Intervenors.

---

THERESA SWEET; et al.,

  Plaintiffs - Appellees,

 v.

AMERICAN NATIONAL UNIVERSITY,

  Intervenor - Appellant,

 v.

MIGUEL A. CARDONA, Secretary of the United States Department of Education; U.S. DEPARTMENT OF

No. 23-15051

D.C. No. 3:19-cv-03674-WHA
U.S. District Court for Northern California, San Francisco

| |
|---|
| EDUCATION, |
|       Defendants - Appellees, |
| ------------------------------ |
| EVERGLADES COLLEGE, INC.; et al., |
|       Intervenors. |

Appellees' motion (Docket Entry No. 42) for an extension of time to file the answering brief is granted. The appellees' answering brief is due August 2, 2023; and the optional reply brief is due within 21 days after service of the answering brief.

                                  FOR THE COURT:

                                  MOLLY C. DWYER
                                  CLERK OF COURT