# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| Theresa Sweet, et al., <br><br>       Plaintiffs-Appellees, <br>& <br><br>Everglades College, Inc.; <br><br>       Intervenor-Appellant, <br><br>v. <br><br>U.S. Department of Education, *et al.*, <br><br>       Defendants-Appellees. | No. 23-15049 |

## MOTION FOR 30-DAY EXTENSION OF TIME TO FILE RESPONSE TO PETITION FOR REHEARING EN BANC

The federal government respectfully moves for a 30-day extension of time, to and including March 3, 2025, in which to file a response to intervenor's petition for rehearing en banc. Plaintiffs-appellees and intervenor-appellate Everglades College, Inc., both consent to this motion. In support of this motion, the government states the following:

**1.** This appeal arises from appellants-intervenors' challenge to a litigation settlement reached between the Department of Education and a class of student loan borrowers with pending administrative applications for relief under the Department's

borrower-defense program. The panel majority dismissed intervenors' appeal in relevant part.

**2.** One intervenor filed a petition for rehearing en banc. On January 10, the Court called for a response to the petition, which is currently due on January 31. The government respectfully requests that its deadline to file a response be extended by 30 days, to and including March 3, 2025. The government has not previously requested an extension of this deadline. There is good cause for an extension because, in light of the recent change in administration, the incoming leadership needs additional time to familiarize themselves with the issues in this case.

**3.** Counsel for plaintiffs and for intervenor-appellant Everglades College, Inc., have informed us that plaintiffs and intervenor-appellant consent to this motion.[1]

                                          Respectfully submitted,

                                          JOSHUA M. SALZMAN

                                          *s/ Sean R. Janda*
                                          SEAN R. JANDA
                                            *Attorneys, Appellate Staff*
                                            *Civil Division, Room 7260*
                                            *U.S. Department of Justice*
                                            *950 Pennsylvania Avenue NW*
                                            *Washington, D.C. 20530*
                                            *(202) 514-3388*

January 2025

---

[1] Counsel for the government also asked counsel for intervenors Lincoln Educational Services Corporation and American National University for their positions on this motion, even though neither of those intervenors has filed a petition for rehearing en banc. Both intervenors take no position on this motion.

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify that this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Garamond, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 209 words, according to the count of Microsoft Word.

*s/ Sean R. Janda*
Sean R. Janda