IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| Theresa Sweet, et al., <br><br>   Plaintiffs-Appellees, <br><br> & <br><br> Everglades College, Inc.; <br><br>   Intervenor-Appellant, <br><br> v. <br><br> U.S. Department of Education, *et al.*, <br><br>   Defendants-Appellees. | No. 23-15049 |

**MOTION FOR THIRD 30-DAY EXTENSION OF TIME TO FILE
RESPONSE TO PETITION FOR REHEARING EN BANC**

  The federal government respectfully moves for a 30-day extension of time, to and including May 2, 2025, in which to file a response to intervenor's petition for rehearing en banc. Plaintiffs-appellees do not oppose this motion and intervenor-appellant Everglades College, Inc., consents to this motion. In support of this motion, the government states the following:

  **1.** This appeal arises from appellants-intervenors' challenge to a litigation settlement reached between the Department of Education and a class of student loan borrowers with pending administrative applications for relief under the Department's

borrower-defense program. The panel majority dismissed intervenors' appeal in relevant part.

**2.** One intervenor, Everglades College, filed a petition for rehearing en banc. On January 10, the Court called for a response to the petition. Following two 30-day extensions, the government's response is currently due on April 2, 2025. The government respectfully requests that its deadline to file a response be extended by 30 days, to and including May 2, 2025. There is good cause for an extension because the government and Everglades have been engaged in discussions regarding whether a settlement could eliminate the need for further litigation in this case. The government believes it would be beneficial for those discussions to continue without further litigation developments.

**3.** Counsel for plaintiffs has informed us that plaintiffs do not oppose this motion and counsel for intervenor-appellant Everglades College, Inc., has informed us that intervenor-appellant consents to this motion.

                    Respectfully submitted,

                    JOSHUA M. SALZMAN

                    *s/ Sean R. Janda*
                    SEAN R. JANDA
                      *Attorneys, Appellate Staff*
                      *Civil Division, Room 7260*
                      *U.S. Department of Justice*
                      *950 Pennsylvania Avenue NW*
                      *Washington, D.C. 20530*
                      *(202) 514-3388*

April 2025

## CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify that this motion complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Garamond, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 236 words, according to the count of Microsoft Word.

*s/ Sean R. Janda*
Sean R. Janda