**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

FILED

MAY 21 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| THERESA SWEET; et al., <br><br> Plaintiffs-Appellees, <br><br> EVERGLADES COLLEGE, INC., <br><br> Intervenor-Appellant, <br><br> v. <br><br> LINDA MCMAHON, Secretary of the United States Department of Education; U.S. DEPARTMENT OF EDUCATION, <br><br> Defendants-Appellees, <br> _____ <br><br> LINCOLN EDUCATIONAL SERVICES CORPORATION; et al., <br><br> Intervenors. | No. 23-15049, 23-15050, 23-15051 <br><br> D.C. No. 3:19-cv-03674-WHA Northern District of California, San Francisco <br><br> ORDER |

Before: COLLINS, FORREST, and SUNG, Circuit Judges.

Judge Collins has voted to grant the petition for rehearing en banc. Judge Forrest and Judge Sung have voted to deny the petition for rehearing en banc. The full court has been advised of the petition for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc. *See* Fed. R. App. P. 40.

The petition for rehearing en banc (23-15049 Dkt. Entry 94, 23-15050 Dkt. Entry 97, 23-15051 Dkt. Entry 89) is DENIED.