UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 29 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| THERESA SWEET; et al.,<br><br>        Plaintiffs - Appellees,<br><br>EVERGLADES COLLEGE, INC.,<br><br>        Intervenor - Appellant,<br><br> v.<br><br>LINDA M. MCMAHON, Secretary of the United States Department of Education and U.S. DEPARTMENT OF EDUCATION,<br><br>        Defendants - Appellees,<br><br>------------------------------<br><br>LINCOLN EDUCATIONAL SERVICES CORPORATION; et al.,<br><br>        Intervenors. | No. 23-15049<br><br>D.C. No. 3:19-cv-03674-WHA<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |
| THERESA SWEET; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v. | No. 23-15050<br><br>D.C. No. 3:19-cv-03674-WHA<br>U.S. District Court for Northern California, San Francisco |

LINCOLN EDUCATIONAL SERVICES CORPORATION,

   Intervenor - Appellant,

 v.

MIGUEL A. CARDONA, Secretary of the United States Department of Education; U.S. DEPARTMENT OF EDUCATION,

   Defendants - Appellees,

------------------------------

EVERGLADES COLLEGE, INC.; et al.,

   Intervenors.

---

THERESA SWEET; et al.,

   Plaintiffs - Appellees,

 v.

AMERICAN NATIONAL UNIVERSITY,

   Intervenor - Appellant,

 v.

MIGUEL A. CARDONA, Secretary of the United States Department of Education; U.S. DEPARTMENT OF

No. 23-15051

D.C. No. 3:19-cv-03674-WHA
U.S. District Court for Northern California, San Francisco

EDUCATION,

        Defendants - Appellees,

------------------------------

EVERGLADES COLLEGE, INC.; et al.,

        Intervenors.

The judgment of this Court, entered November 05, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                               FOR THE COURT:

                                               MOLLY C. DWYER
                                               CLERK OF COURT