# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 21, 2025

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re:  Everglades College, Inc.
          v. Linda McMahon, Secretary of Education, et al.
          No. 25-492
          (Your No. 23-15049)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on October 17, 2025 and placed on the docket October 21, 2025 as No. 25-492.

Sincerely,

**Scott S. Harris**, Clerk

by

Sara Simmons
Case Analyst